UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Macsteel International USA Corp., <br> Plaintiffs, <br><br> -V- <br><br> M/V Larch Arrow, et al., <br> Defendants. | **CERTIFICATE OF MAILING** <br><br><br> 08 CV 6508 (DLC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 20th day of August, 2008

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 22nd day of July, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 8605 9889 9729

*J. Michael McMahon*
CLERK

Dated: New York, NY

by Federal Express, pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure.

Thank you for your kind assistance in this matter.

Very truly yours,

NICOLETTI HORNIG & SWEENEY

By: Lawrence C. Glynn

LCG/
Enc.

