BLANK ROME LLP
Attorneys for Defendants
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP.,<br><br>Plaintiff,<br><br>- against -<br><br>M/V "LARCH ARROW", her engines, boilers, etc., STADT SOLINGEN, GEARBULK, GEARBULK HOLDING LIMITED and GEARBULK (UK) LTD.,<br><br>Defendants. | 08 CIV 6508 (DC)<br><br>**F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
      September 3, 2008

                                Respectfully submitted,
                                BLANK ROME LLP
                                Attorneys for Defendants

                                By: _____
                                Jeremy J.O. Harwood (JH 9012)
                                405 Lexington Avenue
                                New York, NY 10174
                                Tel.: (212) 885-5000